**1599 REED vs. COOTS (Sheriff), 43 M., 321.**

To compel the sheriff to set off against each other certain executions in suits between one Baker and relator, where Baker's attorney had served notice upon respondent of a claim of lien on the judgment in favor of Baker exceeding it in amount.

Denied April 21, 1880.

Held, that the sheriff has no judicial power to fix the amount of an attorney's lien upon a judgment.